IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

F I L E D
NOV 29 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

Carolyn Pollard, )
    Plaintiff, )
)
v. ) 1:11cv978 (TSE/TCB)
)
Deputy S. Chapman, et al., )
    Defendants. )

## ORDER

Carolyn Pollard, a Virginia inmate proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983, alleging that her rights under the Fourth Amendment were violated upon her arrest. By Order dated October 13, 2011, plaintiff was directed to file an amended complaint and to particularize her allegations, to state a claim for which § 1983 relief is available. Plaintiff was advised that failure to comply with the Order would result in dismissal of the complaint pursuant to Fed. R. Civ. P. 41(b). Plaintiff did not respond to the Order, and has filed nothing further in the lawsuit.

Accordingly, it is hereby

ORDERED that the complaint be and is DISMISSED, WITHOUT PREJUDICE; and it is further

ORDERED that plaintiff's request to proceed in forma pauperis (Docket # 2) be and is DENIED as moot.

To appeal, plaintiff must file a written notice of appeal with the Clerk's Office within thirty (30) days of the date of this Order. A written notice of appeal is a short statement stating a desire

to appeal this Order and noting the date of the Order plaintiff wants to appeal. Plaintiff need not explain the grounds for appeal until so directed by the court.

The Clerk is directed to send a copy of this Order to plaintiff and to close this civil case.

Entered this 29th day of November 2011.

Alexandria, Virginia

/s/
T. S. Ellis, III
United States District Judge